KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER            21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------x
JAIRO ZAMORA and GLORIA ZAMORA,              DOCKET NO.:
                                              08 CV 2741
                   Plaintiffs,

     -against-

100 CHURCH, LLC, 80 LAFAYETTE
ASSOCIATES, LLC., AMBIENT GROUP, INC.,
B.R. FRIES & ASSOCIATES, INC., BLUE
MILLENNIUM REALTY LLC., CENTURY
21 INC., CUNNINGHAM DUCT CLEANING CO. INC.,
GPS ENVIRONMENTAL CONSULTANTS,               NOTICE OF
INC., GRUBB & ELLIS MANAGEMENT SERVICES      APPEARANCE
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
LAW ENGINEERING, P.C., MAYORE ESTATES
LLC., MAYORE ESTATES LLC., and 80 LAFAYETTE
ASSOCIATION, LLC AS TENANTS IN COMMON,
MERRILL LYNCH & CO., INC., ROYAL
AND SUNALLIANCE INSURANCE GROUP, PLC.,
STONER AND COMPANY, INC., TRC ENGINEERS,
INC., AND ZAR REALTY MANAGEMENT, ET AL.

                   Defendants.
------------------------------------------------------------------------x
To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
April 28, 2008

<u>Kevin G. Horbatiuk</u>
Kevin G. Horbatiuk (KGH4977)
Matthew P. Mazzola (MM-7427)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**JANETH MUNOZ and JAVIER MUNOZ**
115 Broadway - 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 28th day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**JAIRO ZAMORA and GLORIA ZAMORA,**
115 Broadway 12th Floor
New York, New York 10006

_____
KEVIN G. HORBATIUK