UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                                    21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

JAIRO ZAMORA, (AND WIFE, GLORIA ZAMORA),                    08CV2741(AKH)

                                    Plaintiff(s),    **NOTICE OF ADOPTION BY**
                                                     **MAYORE ESTATES LLC, 80**
                     -against-                       **LAFAYETTE ASSOCIATES**
                                                     **LLC, MAYORE ESTATES**
100 CHURCH LLC, et al.,                              **LLC, and 80 LAFAYETTE**
                                                     **ASSOCIATION LLC, AS**
                                    Defendants.      **TENANTS IN COMMON OF**
                                                     **ANSWER TO MASTER**
                                                     **COMPLAINT**

        **PLEASE TAKE NOTICE** that defendant **NOTICE OF ADOPTION BY MAYORE**

**ESTATES LLC, 80 LAFAYETTE ASSOCIATES LLC, MAYORE ESTATES LLC, and**

**80 LAFAYETTE ASSOCIATION LLC, AS TENANTS IN COMMON** for the building

located at 22 Cortlandt Street (Subcellar Floors 1, 2, 3, and Floors 1, 2, 3) New York, New York

10007, (hereinafter "Mayore Estates/80 Lafayette") as and for its response to the allegations set

forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint

adding new defendants not previously served filed in the above-referenced action, herein adopts

Mayore Estates/80 Lafayette's Answer to Master Complaint dated August 1, 2007, which was

filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21

MC 102 (AKH).  **MAYORE ESTATES/80 LAFAYETTE** has filed a Master Disclosure of

Interested Parties in 21 MC 102 (AKH), and as such, is exempt from having to file such a

disclosure in this specific matter, pursuant to the provisions of Case Management Order No. 4 (¶

J(2)).

**PLEASE TAKE FURTHER NOTICE THAT** defendant, Mayore Estates/80 Lafayette

reserves its right to assert any defenses to which it is entitled, including but not limited to those

enumerated in Case Management Order No. 4 (¶¶ D(1)-(5)).

**WHEREFORE**, Mayore Estates/80 Lafayette demands judgment dismissing the above-

captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       May 3, 2008

 

> **HARRIS BEACH PLLC**
> *Attorneys for Defendant*
> **MAYORE ESTATES LLC, 80 LAFAYETTE
> ASSOCIATES LLC, MAYORE ESTATES
> LLC, and 80 LAFAYETTE ASSOCIATION
> LLC, AS TENANTS IN COMMON**
>
>
>           /s/
> _____
> Stanley Goos, Esq.  (SG 7062)
> 100 Wall Street, 23rd Floor
> New York, New York 10005
> (212) 687-0100

TO:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006
***Attorneys for Plaintiff***

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279
***Liaison Counsel for Plaintiff***

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279
***Liaison Counsel for Plaintiff***

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.

Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
***Liaison Counsel for the Defendants***

**All Counsel via ECF**

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on May 3, 2008, I caused to be filed and served the

following document electronically via the Court's ECF system upon the parties:

1.  Notice of Adoption by Mayore Estates LLC, 80 Lafayette Associates LLC, Mayore Estates LLC, And 80 Lafayette Association LLC, as Tenants in Common of Answer to Master Complaint.


Dated: May 3, 2008


_____/s/_____
Stanley Goos, Esq. (SG 7062)