UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
LOWER MANHATTAN DISASTER
SITE LITIGATION

21MC102(AKH)

JAIRO ZAMORA, (AND WIFE, GLORIA ZAMORA),

08CV2741(AKH)

Plaintiff(s),

**NOTICE OF APPEARANCE**

-against-

100 CHURCH LLC, et al.,

Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
         May 3, 2008

>Yours etc.,
>
>HARRIS BEACH PLLC
>*Attorneys for Defendant*
>**CENTURY 21, INC., BLUE
>MILLENNIUM REALTY LLC**
>
>_____/s/_____
>Stanley Goos, Esq. (SG-7062)
>100 Wall Street
>New York, NY  10005
>212 687-0100
>212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on May 3, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Century 21, Inc. and Blue Millennium's Notice of Appearance

Dated: May 3, 2008

/s/
Stanley Goos, Esq. (SG 7062)