UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER            21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

JAIRO ZAMORA, (AND WIFE, GLORIA ZAMORA),            08CV2741(AKH)

                Plaintiff(s),            **NOTICE OF APPEARANCE**

    -against-

100 CHURCH LLC, et al.,

                Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:    New York, New York
           May 14, 2008

                      Yours etc.,

                      HARRIS BEACH PLLC
                      *Attorneys for Defendant*
                      **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.**

                      _____/s/_____
                      Stanley Goos, Esq. (SG-7062)
                      100 Wall Street
                      New York, NY  10005
                      212 687-0100
                      212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on May 14, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

    1.    100 Church and Zar Realty Management Corp. n/k/a Sapir Realty Management Corp. Notice of Appearance

Dated: May 14, 2008

                                        /s/
                                Stanley Goos, Esq. (SG 7062)