UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

21 MC 102 (AKH)

IN RE: LOWER MANHATTAN
MANHATTAN DISASTER SITE LITIGATION

_____

JAIRO ZAMORA AND GLORIA ZAMORA,     08-CIV-2741 (AKH)

      Plaintiffs,

-against-

100 CHURCH, LLC, ET. AL.,

      Defendants.
_____

## NOTICE OF APPEARANCE

Please enter the appearances of John J. Henry, Esq., and William S. Nolan of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the above-captioned actions.

Dated: Albany, New York
     May 15, 2008        WHITEMAN OSTERMAN & HANNA LLP

                      /s/ John J. Henry
              BY: _____
                      John J. Henry (JH-7137)
                      William S. Nolan (WN-8091)
                      Attorneys for Defendant TRC Engineers, Inc.
                      One Commerce Plaza
                      Albany, New York 12260
                      (518) 487-7650

2

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 15th day of May, 2008, via ECF upon the ECF participants.

/s/ Carrie L. Lalyer

_____

Carrie L. Lalyer