Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
B.R. FRIES & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 102 (AKH)

JAIRO ZAMORA (AND WIFE, GLORIA ZAMORA),

                Plaintiff(s),

-against-

100 CHURCH, LLC, *et al.*,

                Defendant(s).
-------------------------------------------------------X

Index No.: 08-CV-2741

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

**ELECTRONICALLY FILED**

PLEASE TAKE NOTICE that Defendant, B.R. FRIES & ASSOCIATES, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the Defendant, B.R. FRIES & ASSOCIATES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements, and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
June 13, 2008

        Yours etc.,

        McGIVNEY & KLUGER, P.C.
        Attorneys for Defendant
        B.R. FRIES & ASSOCIATES, INC.

        By: _____
        Richard E. Leff (RL-2123)
        80 Broad Street, 23rd Floor
        New York, New York 10004
        (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel